**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

---

## NOTICE OF RE-SETTING
### Before Judge Jon Phipps McCalla, United States District Judge

---

April 15, 2005

RE:   2:04cr20404-Ml
      **USA V. JACK FLETCHER**

Dear Sir/Madam:

A(n) **SUPPRESSION HEARING & REPORT DATE** before **Judge Jon Phipps McCalla** has been **RESET** from FRIDAY, MAY 13, 2005 at 2:30 P.M. to **THURSDAY, MAY 19, 2005** at **2:30 P.M.  in Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY:

Joseph P. Warren, Case Manager
901-495-1242



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CR-20404 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT